7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Larry Daniel Owens
*Debtor*

*Bankruptcy Case No.*
13−20473−drd7

**Noelle Hanks**
    Plaintiff(s)

*Adversary Case No.*
13−02036−drd

v.

**Larry Daniel Owens**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That Defendant owes Plaintiff the sum of $850,431.39 for damages for breaches of his fiduciary duty as a co−trustee of the William L. Hanks Revocable Trust. This total amount includes $758,672.45 in liability on Plaintiffs claims, $68,280.52 in statutory interest and $23,478.42 in attorneys fees and costs.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 5/6/15

Court to serve